**FILED**

01/08/2024

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 23-0384

# IN THE SUPREME COURT OF THE STATE OF MONTANA

## Case No. DA 23-0384

_____

SALLY JO BECK, VIVID PROPERTIES, LLC,
CURT and CARRIE BATES, GARY and ANN LIBECAP,
LIBECAP REVOCABLE TRUST, DON and ANITA
COURTNEY, COURTNEY FAMILY TRUST, MARK
CARPENTER, KEVIN and MARGIE HUGUET, DONALD
and NANCY HALL, PHILLIP and JANE HALL, and SHALOM HOUSE, LLC,

 *Plaintiffs and Appellees*,

   v.

JOHN DIMAR, DIMAR FAMILY
LLC, a Kentucky Limited Liability Company, and DIMAR FAMILY
PARTNERSHIP, LTD,

 *Defendants and Appellants*.

_____

## ORDER GRANTING PLAINTIFFS/APPELLEES' MOTION FOR SECOND EXTENSION OF TIME TO FILE RESPONSE BRIEF

_____

Upon review of Plaintiffs/Appellees' Motion for Second Extension of Time to file Response Brief, there being no opposition, and good cause appearing;

IT IS HEREBY ORDERED that the deadline for the Plaintiffs/Appellees to file their Response Brief is extended until February 12, 2024.

Electronically signed by:
Mike McGrath
Chief Justice, Montana Supreme Court
January 8 2024